ROSE COHEN, Appellant, v. BACON COAL COMPANY, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL KAPLAN and Others, Respondents, v. PHILIP W. GLASER, Appellant, to Adjudge Him in Contempt of Court, in the Action of SAMUEL KAPLAN and Others, Plaintiffs, v. 8TH AVE. & 125TH STREET INVESTING Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIGMUND WINTER, Appellant, v. ABRAM J. ELLENBOGEN, as Justice of the Municipal Court of the City of New York, Respondent. (SIGMUND WINTER v. HILDA LOOSE and Another).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

HOWARD B. WOOD, Respondent, Appellant, v. BANG SERVICE STATIONS, INC., and Others, Appellants, Respondents.— Order so far as appealed from affirmed, without costs; the date for examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

CHARLES A. MITCHELL and Others, Respondents, v. COLLECTOR OF ASSESSMENTS AND ARREARS FOR THE BOROUGH OF MANHATTAN OF THE CITY OF NEW YORK and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

CLAIRE LOUISE BURTON, Appellant, v. FRANK V. BURTON, JR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

HARRY A. LOVE, Respondent, v. WILLIAM H. WHITNEY and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and the motion to vacate examination of defendants before trial granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

EMIL D. GUTCHEON and Others, Individually and as Copartners, etc., Appellants, v. CHARLES R. NICHOLS and Others, Individually and as Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

MURDOCK TRADING COMPANY, INC., Respondent, v. SECURITY INSURANCE COMPANY OF NEW HAVEN, Appellant.— Order modified by striking out section (b) of paragraph 3 of said order, and as so modified affirmed, without costs; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

WILLIAM W. SIMPSON, Respondent, v. LOUIS LEIFER, Appellant, Impleaded with the FRENCH RIVER TEXTILE COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.